UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MOHAMED KAMARA,

    Plaintiff,

v.                                              Case No.: _____

PHOENIX FINANCIAL SERVICES LLC,

    Defendant.
_____/

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, defendant, Phoenix Financial Services, LLC ("Phoenix"), through undersigned counsel, hereby removes the above-captioned civil action from the County Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, to the United States District Court for the Southern District of Florida, Miami Division.  The removal of this civil case is proper because:

1.    Phoenix is the named defendant in this civil action filed by plaintiff, Mohamed Kamara ("plaintiff"), in the County Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, titled *Mohamed Kamara v. Phoenix Financial Services, LLC,* Case No.: 2021-022242 (hereinafter the "State Court Action").

2.    Phoenix removes this case on the basis of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq.*, as plaintiff's Complaint claims relief based on alleged practices in violation of federal law.

3. Pursuant to 28 U.S.C. § 1446(b), Phoenix has timely filed this Notice of Removal. Phoenix was served with plaintiff's Complaint on August 11, 2021. This Notice of Removal is filed within 30 days of receipt of the Complaint by Phoenix.

4. Attached hereto as **Exhibit A** and incorporated by reference as part of the Notice of Removal are true and correct copies of the process and pleadings in the State Court Action. No further proceedings have taken place in the State Court Action.

5. A copy of this Notice of Removal is being served upon plaintiff and filed concurrently with the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida.

WHEREFORE, Defendant, Phoenix Financial Services, LLC, hereby removes to this Court the State Court Action.

Dated: August 27, 2021

        Respectfully Submitted,

        */s/ Michael P. Schuette*
        Michael P. Schuette, Esq.
        Florida Bar No. 0106181
        Dayle M. Van Hoose, Esq.
        Florida Bar No. 0016277
        SESSIONS, ISRAEL & SHARTLE, LLC
        3350 Buschwood Park Drive, Suite 195
        Tampa, Florida 33618
        Telephone: (813) 890-2460
        Facsimile: (877) 334-0661
        mschuette@sessions.legal
        dvanhoose@sessions.legal
        *Counsel for Defendant,*
        *Phoenix Financial Services, LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 27th day of August 2021, a copy of the foregoing was filed electronically via CM/ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff's counsel as described below.

Jibrael S. Hindi, Esq.
Thomas J. Patti, III, Esq.
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, FL 33301
jibrael@jibraellaw.com
tom@jibraellaw.com

*/s/ Michael P. Schuette*
Attorney